## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 11-20369-Civ-COOKE

THOM HOGAN,

      Plaintiff

vs.

TERREMARK WORLDWIDE, INC.,

      Defendant.

_____/

### ORDER DISMISSING CASE

THIS CASE has been dismissed pursuant to Plaintiff's Notice of Voluntary Dismissal with Prejudice (ECF No. 17), filed August 1, 2011.  The related action pending in the Court of Chancery in the State of Delaware has been dismissed with prejudice, and the Parties have settled this dispute. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers at Miami, Florida, this 19th day of September 2011.

_Marcia G. Cooke_
_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of record*